# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **TERRY REON DARNELL,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 13-CV-028-GKF-PJC** |
| | ) | |
| **JOE M. ALLBAUGH, Director,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## JUDGMENT

This matter comes before the Court on Petitioner's petition for writ of habeas corpus. The issues having been duly considered and a decision having been rendered in the Opinion and Order filed contemporaneously herewith,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered for Respondent and against Petitioner.

**DATED** this 26th day of October, 2016.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT